UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

UNITED STATES OF AMERICA,

   -v-                                            No. 19-CR-0096-LTS

ERNEST HORGE,

        Defendant.

-------------------------------------------------------x

## ORDER

The Court received the attached letters from members of Mr. Horge's family on December 2, 2019. The names of Mr. Horge's minor children have been redacted pursuant to Federal Rule of Criminal Procedure 49.1. The original, unredacted letters will be filed under seal with the Clerk of Court.

SO ORDERED.

Dated: New York, New York
         December 3, 2019

                                                          /s/ Laura Taylor Swain
                                                         LAURA TAYLOR SWAIN
                                                         United States District Judge

**Copy mailed to:**
Ernest Horge
#25952-052
MDC Brooklyn
Metropolitan Detention Center
P.O. Box 329002
Brooklyn, NY 11232



Dear Laura taylor Swain
My dad Ernest Horge is a Really good dad he Always Make sure that there Food In the house, that me and my brother got ~~the~~ clothes and shoes and Make sure Everyone has & is Alright My dad is a Loving, Kind and careing Person, My dad is not A bad person he's the best dad A son can ever wish For and the I don't want to grow up without my dad being there for me. Please don't take my dad away from me and My brother Thank You

From



11/29/19


RECEIVED
DEC 0 2 2019
CHAMBERS OF
LAURA TAYLOR SWAIN
U.S.D.J.

Dear Honorable Laura Taylor Swain, United States District Judge of the Southern District Federal Court

I Corey Mariah Smith am writing on behalf of Ernest Horge 25952-052. He is my nephews father. I do not have to write this letter but wanted to show how much my family need him. Ernest is a great funny, caring guy. He is a terrific father, my nephews look up to him so much. Me & my brother are doing our best to help them cope without him but they are not taking it easy. Ernest is not a bad guy at all. He is a family man and the life of any party we have. We missed him for graduation & the boys thirteen birthday. They were hard days. All I ask Judge is you consider his release at his upcoming hearing. I asked the boys what they wanted for Christmas and the first thing they said was their dad and a PS4 game card, boys will be boys lol But all in all my nephews do not ~~derse~~ deserve their dad in jail, and Ernest deserves a fair chance.

Respectfully
Truly
Corey Mariah Smith
11/30/19

RECEIVED DEC 02 2019 CHAMBERS OF LAURA TAYLOR SWAIN U.S.D.J.

Dear Honorable Judge Laura Taylor Swain of the Southern district federal Courthouse. I, E█ L. H█ am writing to the court on behalf of my dad Ernest Horge 25952-052. I would like to tell you about my dad's character contrary to what's been said and the picture that's been painted in court by the prosecutor. My father is the best a kid could ask for. He always encouraged and influenced me and my siblings to improve and excel in school. He provides for us and taught us how to play sports. He was my coach in Pop Warner football. He came to my school on parent day and read to my class.

My dad loves his family and he would go to the moon and back for us. We love and miss him very much. He loves spending time with his family. We would sit by the fire pit and roast marshmellows and hotdogs. He would take me and my brother to ride our bikes in the park. He taught us how to defend ourselves. Your Honor, please consider releasing my dad so we can be together again. That is all I ask.

Respectfully Truly

E█ H█

November 29th, 2019

RECEIVED DEC 02 2019 CHAMBERS OF LAURA TAYLOR SWAIN U.S.D.J.

Dear Honorable Laura Taylor Swain, United States District Judge of the Southern District Federal Court. I Nyasia Roberts am writing on behalf of Ernest Horge 25952-052. He is my brothers father but also someone I consider my father. I know him since I was a baby aside from my moms family he has been the one who took care of me. He is and always will be my father, supporter and inspiration, he isn't the bad person or even a danger to anyone in the community as the AUSA paints him to be. He cares deeply for his family has a huge sense of humor and always the life of the party. To know him is to love him honestly and truly, knowing him or even spending a hour with him you will see the person we see. Everyone loves his company and presence not having him there for my highschool graduation caused me great hurt. His presence is a ~~present~~ present and we miss him dearly. We respectfully consider prompt relief at his upcoming supress hearing so me and my younger brothers ▮▮▮ and ▮▮▮▮▮ can be reunited with him for the holidays. He is the life of family events, he is the family DJ at all functions we have. He brings all the →

He is everything you want in a family member. With all the powers invested in you we respectfully ask that you grant him relief from the false charges against him.

        Respectfully
        Nyasia Roberts
        11/29/19


RECEIVED
DEC 02 2019
CHAMBERS OF
LAURA TAYLOR SWAIN
U.S.D.J.

Dear Honorable Laura Taylor Swain, United States District Federal Judge of the Southern District.

I Corique Smith am writing on behalf of Ernest Horge 25952-052. He is my nephews father and mentor. Ernest has always been a great guy. I knew him since I was nine years old. He is the kind of guy that is caring and thoughtful to his family & community. He never turned his back on his kids and that is something I always admired. I remember I needed two-hundred dollars for sleep-over camp when I was younger & instead of giving it to me, Ernest got me a pack of sodas and candy. I sold over three hundred items before summer and went on my trip. Please judge all our family asks is take a second and give him a real chance to come home, me & nephews miss their dad and I am doing my best as their uncle to help them deal.

Thank you

Corique Smith