UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

UNITED STATES OF AMERICA,

   -v-                                         No. 19-CR-0096-LTS

ERNEST HORGE,

        Defendant.

-------------------------------------------------------x

## ORDER

The Court has received a letter, dated November 7, 2019, from Mr. Horge, requesting grand jury transcripts and raising issues concerning access to certain discovery materials. (Docket Entry No. 70.) The Court addressed Mr. Horge's concerns on the record during the December 19, 2019, pretrial conference. Any further application must be made through Mr. Horge's counsel, Mr. Myers.

      SO ORDERED.

Dated: New York, New York
       January 3, 2020

                                                      /s/ Laura Taylor Swain
                                                    LAURA TAYLOR SWAIN
                                                    United States District Judge

**Copy mailed to:**
Ernest Horge
#25952-052
MDC Brooklyn
Metropolitan Detention Center
P.O. Box 329002
Brooklyn, NY 11232