UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                No.  19 CR 96-LTS

ERNEST HORGE,

        Defendant.

-------------------------------------------------------x

## Order

The Court has received two letters, both dated April 20, 2020, from Defendant Ernest Horge concerning issues related to COVID-19.  (Docket Entry Nos. 81-83.)  Mr. Horge is reminded that, as he is represented by counsel, the Court will not entertain a direct application by Mr. Horge on his own behalf.

Docket Entry No. 81 is resolved.

SO ORDERED.

Dated: New York, New York
         May 4, 2020

                                                                  /s/ Laura Taylor Swain
                                                                   LAURA TAYLOR SWAIN
                                                                   United States District Judge

**Copy mailed to:**
Ernest Horge (No. 25952-052)
MDC Brooklyn
Metropolitan Detention Center
P.O. Box 329002
Brooklyn, NY 11232