UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                           :
                                                    :
         -v-                                        :         19-CR-96 (LTS)
                                                    :
ERNEST HORGE,                                       :
                                                    :
                         Defendant.                 :
                                                    :
-------------------------------------------------------------------X

ORDER

The Court has requested that a pretrial conference take place take place via videoconference on the morning of **September 10, 2020**, **at 9:00 a.m**.  No conference date, time, or modality can be confirmed before the end of the preceding week, so counsel are requested to keep their calendars open between the hours of **9 a.m. and 2 p.m. on September 10, 2020**, until further notice.

The Court has also requested that defense counsel be given an opportunity to speak with the Defendant by telephone for fifteen minutes before the proceeding begins; defense counsel should make sure to answer the telephone number that was previously provided to Chambers at that time.

In advance of the conference, Chambers will email the parties with further information on how to access the conference.

        SO ORDERED.

Dated: New York, New York
       August 27, 2020

                                                /s/ Laura Taylor Swain
                                                LAURA TAYLOR SWAIN
                                                United States District Judge