UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

UNITED STATES OF AMERICA

    -v-                                     No.  19 CR 96-LTS

ERNEST HORGE,

        Defendant.

--------------------------------------------------------x

ORDER

        The Court has received a letter, dated October 11, 2020, from Defendant Ernest Horge, requesting "proceeding minutes" (which he states he has requested, but not received, from his counsel), as well as permission to correspond with his co-defendant or, in the alternative, placement "in the same facility" as his co-defendant to facilitate his preparation for future proceedings.  Mr. Horge is reminded that, as he is represented by counsel, the Court will not entertain direct applications by Mr. Horge on his own behalf.  Counsel for Mr. Horge is directed to provide him a copy of this Order, and to discuss with him promptly the issues raised in his letter.

        SO ORDERED.


Dated: New York, New York
      October 26, 2020

                         /s/ Laura Taylor Swain___
                        LAURA TAYLOR SWAIN
                        United States District Judge