UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                                                                                                   No. 19 CR 96-LTS

ERNEST HORGE,

        Defendant.

-------------------------------------------------------x

## ORDER

The Court has received a letter, dated November 1, 2020, from Defendant Ernest Horge, filed in reply to the Government's response to Mr. Horge's motion to dismiss the indictment (Docket Entry No. 102), which the Court denied in a Memorandum Order dated October 26, 2020.  (Docket Entry No. 117.)  As the parties have requested, and because the letter principally contains sensitive attorney-client communications and medical information, the Court will file Mr. Horge's letter under seal.  Mr. Horge is reminded that, as he is represented by counsel, the Court will not entertain direct applications by Mr. Horge on his own behalf.  Counsel for Mr. Horge is directed to provide him with a copy of this Order, and to discuss with him promptly the issues raised in his letter.

     SO ORDERED.

Dated: New York, New York
       November 18, 2020

                                                                                 /s/ Laura Taylor Swain
                                                                                LAURA TAYLOR SWAIN
                                                                                United States District Judge