UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

UNITED STATES OF AMERICA

                     -v-

ERNEST HORGE,
                                Defendant.
---------------------------------------------------------------X

**WAIVER OF RIGHT TO BE PRESENT AT CRIMINAL PROCEEDING**

**19-CR-96 (JSR)**

**Check Proceeding that Applies**

  _X_    Arraignment

I have been given a copy of the superseding indictment containing the charges against me and have reviewed it with my attorney.  I understand that I have a right to appear before a judge in a courtroom in the Southern District of New York to confirm that I have received and reviewed the superseding indictment; to have the superseding indictment read aloud to me if I wish; and to enter a plea of either guilty or not guilty before the judge.  After consultation with my attorney, I wish to plead not guilty.  By signing this document, I wish to advise the court of the following.  I willingly give up my right to appear in a courtroom in the Southern District of New York to advise the court that**:**

1) I have received and reviewed a copy of the superseding indictment.
2) I do not need the judge to read the superseding indictment aloud to me.
3) I plead not guilty to the charges against me in the superseding indictment.

Date: _12/8/2020_     _Ernest Horge_____     _/s/ Ernest Horge (by Hon. L. T. Swain)_
                                    Print Name                              Signature of Defendant

I hereby affirm that I am aware of my obligation to discuss with my client the charges against my client, my client's rights to attend and participate in the criminal proceedings encompassed by this waiver, and this waiver and consent form.  I affirm that my client knowingly and voluntarily consents to the proceedings being held with my client and me both participating remotely.

Date: _12/8/2020_     _Matthew Myers_____     _/s/ Matthew Myers (by Hon. L. T. Swain)_
                                      Print Name                              Signature of Defense Counsel

**Accepted:**     _/s/ Laura Taylor Swain, USDJ_ (For Hon. J.S. Rakoff)
                    Signature of Judge

                    Date: _12/8/_2020