UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| *Plaintiff*, | : | **19 Cr. 96 (JSR)** |
| - against - | : | <u>**NOTICE OF APPEARANCE**</u> |
| | : | |
| ERNEST HORGE, | : | |
| *Defendant*. | : | |
| | : | |

------------------------------------------------------------------X

NOTICE IS HEREBY GIVEN that Defendant ERNEST HORGE appears in this action by STEVEN LYNCH, ESQ.

I am an attorney duly admitted to practice in the courts of the State of New York, and am a member of the Bar of this Court.

Dated: New York, New York
July 9, 2021

_____
STEVEN LYNCH, ESQ.
125 Maiden Lane, Suite 5C
New York, NY 10038
Tel: (212) 498-9494
Fax: (212) 498-9320
Email: steven@stevenelynch.com