UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

                                                 19 Cr. 96 (JSR)

-v.-

                                                 [PROPOSED] ORDER

ERNEST HORGE,

              Defendant.
-----------------------------------------------------------X

THE HONORABLE JED S. RAKOFF, United States District Judge:

    Upon the application of Ernest Horge, Register Number 25952-052, by his attorneys, Megan Wall-Wolff and Steven E. Lynch:

    IT IS HEREBY ORDERED that the Metropolitan Correctional Center (MCC) permit daily visits and two hours of video teleconferences with Mr. Horge's counsel per week as ^reasonably^ requested, and that such access should begin immediately and continue through the trial in this matter, which is scheduled to begin October 4, 2021

Dated:  New York, New York
            July 28, 2021

                                              SO ORDERED:

                                              _____
                                              HONORABLE JED S. RAKOFF
                                              UNITED STATES DISTRICT JUDGE